IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:08-CR-289-TWT |
| KIRK ANTWAN JACKSON, Defendant. | |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 13]. The Defendant was arrested by a City of Atlanta police officer who found a firearm in his waistband. For the reasons set forth in the Report and Recommendation, the initial detention of the Defendant was based upon reasonable suspicion. The Defendant's arrest was based upon probable cause and his post arrest statement should not be suppressed. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the Judgment of the Court. The Defendant's Motion to Suppress is DENIED.

SO ORDERED, this 3 day of September, 2009.

s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\08\08cr289.wpd